```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

ABDUL HAKEEN JAHMAL NASEER
SHABAZZ aka Owen D. Denson,
Jr.,

    Plaintiff,

v.                        Case No:  2:17-cv-648-JES-NPM

Ricky Dixon,

    Defendant.

_____

## FINAL PRETRIAL CONFERENCE ORDER

The Court held a final pretrial conference with counsel for all parties on October 28, 2022.  The case will be governed by the following:

1. All parties have waived a jury trial.  A bench trial is scheduled to commence on **November 30, 2022.**  Trial is estimated to last two days.

2. There are no outstanding matters.  The parties have indicated that additional stipulations may be filed.

**SO ORDERED:**

**DONE and ORDERED** at Fort Myers, Florida, this __31st__ day of October, 2022.

- 2 -

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record